determine that the false testimony was material. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur as to the disposition of both indictments; Lazansky, P. J., wishes to express some doubt that the charges before the police commissioner were duly authenticated before the grand jury although physically before that body. The materiality of the alleged false testimony could not be determined without the presence of such charges. Of course a resubmission to the grand jury would avoid any such omission; Tompkins, J., concurs for affirmance as to the disposition of the indictment charging conspiracy, but dissents from the reversal of the order as to the indictment charging subornation of perjury, and votes to affirm on the grounds (1) that there was no competent evidence before the grand jury corroborative of the testimony of the accomplice Mackay that tended to connect the defendants with the commission of the crime; (2) that the grand jury minutes do not show that the alleged false testimony of Mackay was material to any issue on the trial before the police commissioner.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL MARTINO, True Name MICHAEL MAROTTA, Appellant.— Judgment of conviction and order of the County Court of Kings county reversed on the law and the facts and a new trial ordered. We are not satisfied that the evidence established the defendant's guilt beyond a reasonable doubt. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORTON OLSEN, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HELEN PIKUNAS, Appellant.*— Order of the Children's Court of Nassau county affirmed. No opinion. Young, Kapper, Carswell and Tompkins, JJ., concur; Lazansky, P. J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVE RENDE, Appellant.— Judgment of conviction and order of the County Court of Kings county reversed on the law and the facts and a new trial ordered. We are not satisfied that the evidence established the defendant's guilt beyond a reasonable doubt. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY REID, Respondent, v. ANNA CAVANAGH and Others, Appellants.— Order reversed on the law and the facts, without costs, writ of habeas corpus dismissed, and the custody of the infant child awarded to her father, Richard Cavanagh, upon authority of *People ex rel. Boulware* v. *Martens* (232 App. Div. 258; affd., 258 N. Y. 534). Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur. [See *post*, p. ——.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REVILLE﹐REALTY CORPORATION, Appellant, v. GEORGE L. HUBBELL, Mayor, and Others, Comprising the Board of Trustees of the Village of Garden City, and Others, Respondents.— Order vacating certiorari order and judgment entered thereon affirmed, with costs. No opinion. Lazansky, P. J., Hagarty and Davis, JJ., concur; Kapper and Scudder, JJ., dissent.

MYERS J. Ross and Others, Respondents, v. CUBAN DOMINICAN SUGAR COR-

* Revd., 260 N. Y. 72.